IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARLON L. COPELAND, )
)
Plaintiff, )
)
v. ) CV 02-C-1774-S
)
JEFFERSON COUNTY COMMISSION, et.al., )
)
Defendants. )

## MEMORANDUM OF OPINION

The magistrate judge entered a report and recommendation on September 19, 2002, recommending that this action filed pursuant to 42 U.S.C. §1983 be dismissed as frivolous and for failing to state a claim upon which relief can be granted under 28 U.S.C. §1915A(b). There are no formal objections to the magistrate judge's report and recommendation. However, on September 26, 2002, the plaintiff filed a petition for writ of mandamus (Document #15), in which he demands the removal of the magistrate judge pursuant to Rule 21 of the Federal Rules of Appellate Procedure and 28 U.S.C. §455(a). While the District Court has no jurisdiction over the issues directly addressed to the Eleventh Circuit, in the spirit of pro-se prisoner pleadings, the Court has reviewed the contents of the petition for writ of mandamus to the extent that same can be construed as an objection to the magistrate judge's report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous and for failing to state

a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 30th day of October, 2002.

                                                  Chief United States District Judge
                                                  U. W. Clemon